IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No.  20-4157 ) |
| CALACCI CONSTRUCTION CO., INC. | ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT**

NOW COMES the plaintiff, CARPENTERS PENSION FUND OF ILLINOIS, by its attorneys, CAVANAGH & O'HARA LLP, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, file and hereby give notice of the voluntary dismissal without prejudice of plaintiff's complaint, stating in support thereof that defendant has not filed with this Court or served upon plaintiff an Answer or a Motion for Summary Judgment, and plaintiff has not previously dismissed any federal or state court action based on or including the same claim as set forth in plaintiff's complaint against defendant.

CARPENTERS PENSION FUND OF ILLINOIS *et al*., Plaintiff,

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiff
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com